RECEIVED
AUG 24 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY GIBSON | DOCKET NO. 15-CV-1230; SEC. P |
| VERSUS | JUDGE DRELL |
| WILLIAM EARL HILTON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that all claims are dismissed against all defendants except Claims 5 and 6 (conditions of confinement / lockdown) and Claim 8 (failure to protect).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 21st day of August, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT