RECEIVED
MAR 15 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY GIBSON | CIVIL ACTION NO. 1:15-CV-01230 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WILLIAM EARL HILTON, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gibson's claims against Sheriff William Earl Hilton, Deputy Fairbanks, Deputy Carmouche, Deputy Greene, Sgt. Brandly, Deputy Hunter, and Sgt. Dempsey are DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m).

IT IS ALSO ORDERED that Defendants' motion for summary judgment is GRANTED and Gibson's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 15 day of March, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE